1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROYAL CANIN USA, INC., | ) | Civil No. 06-CV-2618-L(WMc) |
| Plaintiff, | ) ) | **ORDER GRANTING JOINT MOTION FOR DISMISSAL** |
| v. | ) ) | **WITHOUT PREJUDICE [doc. #17]** |
| M'LINDA ROSOL, | ) ) | |
| Defendant. | ) ) ) | |

Good cause appearing, the parties' joint motion to dismiss the above-captioned case without prejudice, each party to bear its own costs and attorney fees, is **GRANTED**. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: September 5, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

06cv2618

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28